Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-420-419

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

    **Title of Work:** Under the Sun I

## Completion/Publication

    **Year of Completion:** 2011
    **Date of 1st Publication:** November 01, 2011
    **Nation of 1st Publication:** United States

## Author

    • **Author:** Lisa Audit
    **Author Created:** 2-D artwork
    **Citizen of:** Canada

## Copyright Claimant

    **Copyright Claimant:** Lisa Audit
    Roaring Brook Art, 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions

    **Organization Name:** Looking Good Licensing, LLC.
    **Name:** Paul Wheeler, Jr.
    **Email:** paul@lookinggoodlicensing.com
    **Telephone:** (802)362-4882
    **Alt. Telephone:** (860)248-9838
    **Address:** P.O. Box 236
    Manchester, VT 05254 United States

## Certification

Page 1 of 2

