**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LISA AUDIT,

    Plaintiff,                                                 Case No.: 1:25-cv-12225

v.                                                     **FILED UNDER SEAL**

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | zhongxiangzhixizhoumeishangmaoyouxiangongsi |
| 2 | shuaijiangbaihuodian |
| 3 | qiqihaercuitulaimaoyiyouxiangongsi |
| 4 | Protikol |
| 5 | kunmingyongdiwangluokejiyouxiangongsi |
| 6 | VANBAO SHOP |
| 7 | Platinumst |
| 8 | MUCHNEESHOP |
| 9 | Sowaterlily |
| 10 | Guixla1252 |
| 11 | ZL-WALLART |
| 12 | aihewuevol - US |
| 13 | CEZII |
| 14 | Jhdreamhour |
| 15 | xiuyangprint |
| 16 | yipilefa |
| 17 | Timjay |
| 18 | TDHGDSFDS |
| 19 | TGiakisz |
| 20 | DaHoCo |
| 21 | HuDengJu547 |

| | |
|---|---|
| 22 | Công Vĩnh Store |
| 23 | Zoulile |
| 24 | HongJiaJianSheGongCheng |
| 25 | guohuawoqiong |
| 26 | Liti Box |
| 27 | ORIWAVE |
| 28 | yongjingxianjunchangshangmaoyouxiangongsi |
| 29 | shishishigenuomanenfuzhuangyouxiangongsi |
| 30 | DAOLICHCOI95 |
| 31 | litebear |
| 32 | ZhangYuXin182 |
| 33 | HienLux2002 |
| 34 | WASSMIN |
| 35 | Wimly Store |
| 36 | Hannah Store Gift |
| 37 | HOME YES |
| 38 | BHM Store Gifts |
| 39 | Hyturtle Gifts |
| 40 | TOIDIBO |
| 41 | Happy compression socks |
| 42 | Kafete |
| 43 | Laxury |
| 44 | Geomeng |
| 45 | KuaFanM |
| 46 | SuMay |
| 47 | Spostore |
| 48 | Matiyisi |
| 49 | Weisike |
| 50 | XinxinFeng-us |
| 51 | DUOKAN |
| 52 | ROMODIYA |
| 53 | TBRZTR |
| 54 | GEDI |
| 55 | POWPOP |
| 56 | JHLNail |
| 57 | Zdi fingernail |
| 58 | SHANRUN CHOICE |
| 59 | YAOGE |

| 60 | BELSITA |
|---|---|
| 61 | TeHeHui |
| 62 | SHENSONG |
| 63 | IDEAL ART LIFE |
| 64 | Zhiwusop |
| 65 | delemonus |
| 66 | chenyoushanghang |
| 67 | HIFANMM BEAUTY |
| 68 | fanfengs |
| 69 | stomob |
| 70 | Weibo-US |
| 71 | WokotoButy |
| 72 | zjchao |
| 73 | Mseinope-jp |
| 74 | WeiYeye |
| 75 | Linxinto |
| 76 | RongKai |
| 77 | Minimini |
| 78 | Cenhoni |
| 79 | JATOMSSM |
| 80 | ZY-qianao |
| 81 | changfengyihangwangluokejiyouxiangongsi |
| 82 | weifanghongchuangjianshe |
| 83 | LiQiXia55 |
| 84 | HaoZeDianLiGongCheng |
| 85 | lixiaolongmaiwazi |
| 86 | anqingrongzhongshangmaoshanghang(gerenduzi) |
| 87 | jianlongs |
| 88 | honrtreb |
| 89 | shundi-wp |
| 90 | DGHMHD |
| 91 | DOMINHTHU |
| 92 | jenny520 |
| 93 | Ehomeuan |
| 94 | xuanenshinengxinnengyuanyouxiangongsi |
| 95 | Taozewhtewe |
| 96 | HongYueBang |
| 97 | JPS Blossoms |

| | |
|---|---|
| 98 | Taylonsss |
| 99 | YueFa |
| 100 | ONCES-US |
| 101 | WoZjj |
| 102 | sdbbgm |
| 103 | Shunky Store |
| 104 | Leixu Home Co. Ltd. |
| 105 | Effie Store |
| 106 | GoodlW |
| 107 | asafafdsgs |
| 108 | rerer |
| 109 | JiNanQiXiangMingShengWuKeJiYouXianGingSi |
| 110 | Chengpeak frock |
| 111 | ChenQianRu |
| 112 | GaoYingRui |
| 113 | jjuiyc |
| 114 | Ouqilin |
| 115 | YaErRui |
| 116 | Tsefusn |
| 117 | ngzhoulinbiaoshangmaoyo |
| 118 | LINCMAN Co.ltd |
| 119 | WeiweiCameras |
| 120 | yonguhuan |
| 121 | Tong Caibo |
| 122 | AaSFJEG |
| 123 | AFTRYG |
| 124 | GARENAS |
| 125 | 33uoii |
| 126 | KTFETY |
| 127 | Qiliang |
| 128 | Gagyudd |
| 129 | Dianopex |
| 130 | Piklothy |
| 131 | YHETTY |
| 132 | TUTUTUZENG |
| 133 | Home In Home |
| 134 | YUYRY |
| 135 | zhixinyuan |

| 136 | Red Map Custom Company |
|-----|------------------------|
| 137 | hefeigailingdianzishangwu |
| 138 | CYK womens wear store |
| 139 | WangJiaHao168 |
| 140 | jinanaixipingshengwukeji |
| 141 | yuyumaoyi |
| 142 | PERCIOUS HOME |
| 143 | YongmoStore |
| 144 | maoyilili |
| 145 | jinancheyunlinkejizixun |
| 146 | jierenjiemaoyi |
| 147 | Jiahome |
| 148 | Hing Chi Hui Co., Ltd. |
| 149 | qiujiemaoyi |
| 150 | Guangmc |
| 151 | Qnmwood |
| 152 | Guichaokj |
| 153 | bangruimaoyi |
| 154 | Both with me |
| 155 | BLINGCube |
| 156 | PanShuZi |
| 157 | Lyzmjudhs |
| 158 | jindonmh |
| 159 | Yanwen's camera store |
| 160 | HouYuLongWireless |
| 161 | Guangzhouhongxinjiaju |
| 162 | Customizaholic |
| 163 | JinRan |
| 164 | LWEEIN |
| 165 | BAOZHIXIN Co.Ltd |
| 166 | YINQI Co.Ltd |
| 167 | KHN5nn |
| 168 | ABeit |
| 169 | Gueiykk |
| 170 | ZiKeFuShi |
| 171 | jiehaohaoyun |
| 172 | YuLiangLin |
| 173 | Comfortable Buy |

| | |
|---|---|
| 174 | Trendy Mall |
| 175 | Yjiayi |
| 176 | Erxingwu |
| 177 | Lixianhe |
| 178 | US DEALS |
| 179 | Shrewd Choice |
| 180 | ETyang |
| 181 | top smart |
| 182 | Dengmore |
| 183 | Alaparte Travel Essentials |
| 184 | WEIPEENSEE |
| 185 | JJUNSHENG |
| 186 | soon |
| 187 | Dxzksp |
| 188 | Handied |