# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

LISA AUDIT,

     Plaintiff,                              Case No.: 1:25-cv-12225

v.                                         Judge Jeremy C. Daniel

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## AMENDED SCHEDULE A TO COMPLAINT

| No. | Defendants |
|-----|------------|
| 1 | HongYueBang |